**Order entered May 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01006-CV

## IN RE THE GUARDIANSHIP OF SYDNEY AYN LAROE,
## AN INCAPACITATED PERSON

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-3185-1**

## ORDER

We **GRANT** appellant's April 25, 2016 motion for an extension of time to file a reply

brief and extend the time to **MAY 16, 2016**.


/s/     ELIZABETH LANG-MIERS
          JUSTICE